UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  

    Melvin J Hicks  
    LaBonnie C Hicks  
          Debtor(s)

Case No. 14 B 26379

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/17/2014.

2) The plan was confirmed on 10/27/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was Dismissed on 12/15/2016.

6) Number of months from filing to last payment: 29.

7) Number of months case was pending: 34.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $43,619.50 |
| Less amount refunded to debtor | $1,392.83 |
| **NET RECEIPTS:** | **$42,226.67** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,892.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,651.15 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$5,543.15** |

Attorney fees paid and disclosed by debtor:    $500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Accelerated Rehab Centers | Unsecured | 535.00 | 535.00 | 535.00 | 65.92 | 0.00 |
| Advocate Christ Medical Center | Unsecured | 248.00 | NA | NA | 0.00 | 0.00 |
| Ally Financial | Unsecured | NA | 0.00 | 504.41 | 62.16 | 0.00 |
| Ally Financial | Secured | 667.43 | 1,171.84 | 667.43 | 667.43 | 3.57 |
| Athletic & Therapeutic Inst. | Unsecured | 1,677.79 | NA | NA | 0.00 | 0.00 |
| AthletiCo | Unsecured | 338.00 | NA | NA | 0.00 | 0.00 |
| Barclays Bank Delaware | Unsecured | 2,742.00 | NA | NA | 0.00 | 0.00 |
| Bureaus Investment Group Portfolio No 15 | Unsecured | 547.00 | 822.31 | 822.31 | 101.33 | 0.00 |
| Capital 1 Bank | Unsecured | 961.00 | NA | NA | 0.00 | 0.00 |
| Capital 1 Bank | Unsecured | 557.00 | NA | NA | 0.00 | 0.00 |
| Capital 1 Bank | Unsecured | 525.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 42.00 | NA | NA | 0.00 | 0.00 |
| Capital One Auto Finance | Secured | 17,986.72 | 13,450.00 | 13,450.00 | 13,450.00 | 316.70 |
| Capital One Auto Finance | Unsecured | NA | 0.00 | 20,981.26 | 1,652.65 | 0.00 |
| Capital One Bank USA NA | Unsecured | 277.00 | 277.74 | 277.74 | 34.22 | 0.00 |
| Cash Direct Express | Unsecured | 480.00 | NA | NA | 0.00 | 0.00 |
| Cb/Roamans | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Childrens Surgical Foundation | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| CitiMortgage Inc | Unsecured | 0.00 | 3,697.42 | 3,697.42 | 0.00 | 0.00 |
| CitiMortgage Inc | Secured | 267,775.00 | 297,635.39 | 297,635.39 | 0.00 | 0.00 |
| City of Berwyn | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Finance | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Finance | Secured | 800.00 | 226.09 | 226.09 | 226.09 | 0.00 |
| Collect Sys | Unsecured | 559.00 | NA | NA | 0.00 | 0.00 |
| Cook County Treasurer | Secured | 1,767.00 | 0.00 | 1,767.00 | 0.00 | 0.00 |
| Corporate America Family CU | Unsecured | 3,592.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Cont | Unsecured | 149.00 | NA | NA | 0.00 | 0.00 |
| Credit One Bank | Unsecured | 969.00 | NA | NA | 0.00 | 0.00 |
| Credit One Bank | Unsecured | 552.00 | NA | NA | 0.00 | 0.00 |
| Credit Protection Asso | Unsecured | 308.00 | NA | NA | 0.00 | 0.00 |
| Credit Protection Asso | Unsecured | 308.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Credit Union 1 | Unsecured | 1,104.00 | 537.29 | 537.29 | 66.21 | 0.00 |
| Gemb/walmart | Unsecured | 179.00 | NA | NA | 0.00 | 0.00 |
| Gemb/walmart | Unsecured | 109.00 | NA | NA | 0.00 | 0.00 |
| Horseshoe Casino | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| Hsbc Bank | Unsecured | 482.00 | NA | NA | 0.00 | 0.00 |
| Hsbc Bank | Unsecured | 396.00 | NA | NA | 0.00 | 0.00 |
| Hsbc Bank | Unsecured | 295.00 | NA | NA | 0.00 | 0.00 |
| Industrial Accep Corp | Unsecured | 516.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | NA | 1,491.29 | 1,491.29 | 183.76 | 0.00 |
| Internal Revenue Service | Priority | 16,446.00 | 16,587.51 | 16,587.51 | 16,587.51 | 0.00 |
| Loyola University Medical Center | Unsecured | 974.00 | NA | NA | 0.00 | 0.00 |
| Mcsi Inc | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Medical Recovery Specialists, Inc. | Unsecured | 1,713.00 | NA | NA | 0.00 | 0.00 |
| Merrick Bank | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| Merrick Bank | Unsecured | 1,016.00 | NA | NA | 0.00 | 0.00 |
| Midwest Oral & Maxillofacial Surger | Unsecured | 232.00 | NA | NA | 0.00 | 0.00 |
| Midwest Orthopaedic Consultant | Unsecured | 488.00 | NA | NA | 0.00 | 0.00 |
| My Cash Now | Unsecured | 948.00 | NA | NA | 0.00 | 0.00 |
| Orange Lake Country Cl | Secured | 33,243.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 1,028.00 | 0.00 | 1,058.83 | 130.47 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 0.00 | 688.81 | 688.81 | 84.88 | 0.00 |
| Portfolio Recovery Associates | Secured | 1,035.18 | 1,035.18 | 1,035.18 | 1,035.18 | 4.91 |
| Portfolio Recovery Associates | Unsecured | 0.00 | 11,234.91 | 11,234.91 | 1,384.40 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 507.00 | 507.59 | 507.59 | 62.55 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 261.00 | 261.27 | 261.27 | 32.19 | 0.00 |
| Premier Bankcard | Unsecured | 654.00 | 689.00 | 689.00 | 84.90 | 0.00 |
| Quantum3 Group | Unsecured | 201.00 | 192.28 | 192.28 | 23.69 | 0.00 |
| Quantum3 Group | Unsecured | 43.00 | 66.18 | 66.18 | 5.21 | 0.00 |
| Quantum3 Group | Unsecured | 244.00 | 274.87 | 274.87 | 33.87 | 0.00 |
| Quantum3 Group | Unsecured | 59.00 | 80.65 | 80.65 | 6.36 | 0.00 |
| Quantum3 Group | Unsecured | 111.00 | 136.45 | 136.45 | 16.81 | 0.00 |
| Quantum3 Group | Unsecured | 108.00 | 133.59 | 133.59 | 16.46 | 0.00 |
| Quantum3 Group | Unsecured | 124.00 | 224.33 | 224.33 | 27.64 | 0.00 |
| Quantum3 Group | Unsecured | 0.00 | 1,488.55 | 1,488.55 | 0.00 | 0.00 |
| Spot on Loan/Money Mutal | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Spot on Loan/Money Mutal | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Sure Advance | Unsecured | 480.00 | NA | NA | 0.00 | 0.00 |
| Syncb/Walmart | Unsecured | 23.00 | NA | NA | 0.00 | 0.00 |
| Syncb/Walmart | Unsecured | 16.00 | NA | NA | 0.00 | 0.00 |
| The Bureaus Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| The Bureaus Inc | Unsecured | 3,115.00 | NA | NA | 0.00 | 0.00 |
| Tribute | Unsecured | 2,987.00 | NA | NA | 0.00 | 0.00 |
| United Cash Loans | Unsecured | 845.00 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 0.00 | 7,685.01 | 7,685.01 | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 77,114.00 | 90,865.62 | 90,865.62 | 0.00 | 0.00 |
| Vanda LLC | Unsecured | 0.00 | 2,568.11 | 2,568.11 | 316.45 | 0.00 |
| Village Of Country Club Hills | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Webbank/Gettington | Unsecured | 205.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $297,635.39 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $15,152.61 | $15,152.61 | $325.18 |
| All Other Secured | $1,993.09 | $226.09 | $0.00 |
| **TOTAL SECURED:** | **$314,781.09** | **$15,378.70** | **$325.18** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $16,587.51 | $16,587.51 | $0.00 |
| **TOTAL PRIORITY:** | **$16,587.51** | **$16,587.51** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$147,002.77** | **$4,392.13** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $5,543.15 |
| Disbursements to Creditors | $36,683.52 |
| **TOTAL DISBURSEMENTS**: | **$42,226.67** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/16/2017                By: /s/ Marilyn O. Marshall
                                         Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**